# 11-MC-20233-Moore/Simonton

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

RICHARD PRESS,                    :    No. 1:08-CV-09497 (KTD)

              Plaintiff,    :

       vs.                        :

CONCORD MORTGAGE CORP., GLOBAL    :
HOME LOANS & FINANCE, INC.,
LEXCAP FUNDING CORP., SAFE HARBOR :
CAPITAL FUNDING, GLOBAL/GIRIMONTI
LLC, AND DARON GIRIMONTI,         :

             Defendants.   :

- - - - - - - - - - - - - - - - - x

FILED by ___ D.C.
JAN 20 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on August 30, 2010, which judgment was subsequently amended on November 10, 2010.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: January 13, 2011

                                    RUBY J. KRAJICK

                                    CLERK OF COURT

                                    By: _____
                                            Dep Clerk

Case 1:08-cv-09497-KTD-GWG Document 51 Filed 08/30/10 Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RICHARD PRESS,

                     Plaintiff,

-against-

CONCORD MORTGAGE CORP., GLOBAL HOME
LOANS & FINANCE, INC., LEXCAP FUNDING
CORP., SAFE HARBOR CAPITAL FUNDING,
GLOBAL/GIRIMONTI LLC, AND DARON
GIRIMONTI,

                     Defendants.
----------------------------------------------------------X

08 CIVIL 9497 (KTD)

**JUDGMENT**

#10, 1497

      Whereas on December 7, 2009, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, having issued a Report and Recommendation (the "report") on damages against the Corporate Defendants; also Press having moved pursuant to rule 55 for default judgment against Daron Girimonti as an individual, and the matter having come before the Honorable Kevin T. Duffy, United States District Judge, and the Court, on August 5, 2010, having rendered its Order adopting the report with just a few minor changes as stated in the Order dated August 5, 2010, awarding damages against the Corporate Defendants as follows: $348,967.33 for pre-termination lost wages; $303,333.28 for post-termination lost wages; $652,300.61 in liquidated damages; $5,000 for conversion his conversion claim;$5,000 in compensatory damages for emotional distress; $45,000 in punitive damages; $350 for the cost of filing this lawsuit, amounting in all to $1,359,951.22 without interest, awarding damages against Girimonti as an individual identical to the damages he may recover against the Corporate Defendants except he is awarded $400,833.31 in post-termination lost wages as well as $749,800.64 in liquidated damages, for a total of $1,554,951.28 without

interest, adopting the report with respect to prejudgment interest on Press's claims for back wages (pre- and post-termination lost wages) and on his award for liquidated damages, ordering Press to submit his calculation of interest using a federal compound interest rate (assuming he still wishes to pursue his claim for prejudgment interest) to be added to the judgment awarded to Press herein, reiterating that Press is only entitled to one recovery for his injuries, and entering judgment in favor of Press against the Corporate Defendants, jointly and severally, in the amount of $1,359,951.22 plus prejudgment interest to be determined and against Girimonti in the amount of $1,554,951.28 plus prejudgment interest to be determined, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2010, the report is adopted with just a few minor changes as stated in the Order dated August 5, 2010; damages are awarded against the Corporate Defendants in the total sum of $1,359,951.22 without interest; damages are awarded against Girimonti as an individual identically to the damages he may recover against the Corporate Defendants except he is awarded $400,833.31 in post-termination lost wages as well as $749,800.64 in liquidated damages, for a total of $1,554,951.28 without interest; the report is adopted with respect to prejudgment interest on Press's claims for back wages (pre- and post-termination lost wages) and on his award for liquidated damages; Press is ordered to submit his calculation of interest using a federal compound interest rate (assuming he still wishes to pursue his claim for prejudgment interest) to be added to the judgment awarded to Press herein; the Court reiterates that Press is only entitled to one recovery for his injuries; and judgment is entered in favor of Press against the Corporate Defendants, jointly and severally, in the amount of $1,359,951.22 plus prejudgment interest to be determined and against Girimonti in the amount of $1,554,951.28 plus prejudgment interest to be determined.

Dated: New York, New York
August 30, 2010

RUBY J. KRAJICK

BY: _____
Clerk of Court

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

# ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a Document that was electronically filed with the United States District Court for the Southern District of New York

Date Filed: 8/30/2010

RUBY J. KRAJICK, CLERK

By: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

RICHARD PRESS,                        :    1:08-CV-09497-KTD

              Plaintiff,      :

      vs.                             :    ORDER AMENDING JUDGMENT TO
                                           PROVIDE FOR PREJUDGMENT INTEREST

CONCORD MORTGAGE CORP., GLOBAL        :
HOME LOANS & FINANCE, INC.,
LEXCAP FUNDING CORP., SAFE HARBOR:
CAPITAL FUNDING, GLOBAL/GIRIMONTI
LLC, AND DARON GIRIMONTI,             :

             Defendants.     :

- - - - - - - - - - - - - - - - - x

In accordance with the order of October 18, 2010,

IT IS ORDERED, ADJUDGED AND DECREED that the judgment of August 30, 2010 is amended to add the following:

1. The following amounts are allowed as Plaintiff's prejudgment interest in this matter:

    A. For Plaintiff's prejudgment interest, assessed against Defendant Daron Girimonti, $103,647.46; and

    B. For Plaintiff's prejudgment interest, assessed against Defendants Concord Mortgage Corp., Global Home Loans & Finance Inc., LexCap Funding Corp., Safe Harbor Capital Funding and Global/Girimonti LLC, $103,116.48.

Dated: November 10, 2010
      New York, New York

BY: _____
     KEVIN THOMAS DUFFY, U.S.D.J.

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a Document that was electronically filed with the United States District Court for the Southern District of New York

Date Filed: 11/10/2010

RUBY J. KRAJICK, CLERK

By: _____

# TRANSCRIPT OF JUDGMENT -- NO. 10-1497

12/28/2010

| Dates | Attorney | Names of Parties against whom judgment has been obtained | Names of Parties in whose favor judgment has been obtained | Amount | Costs | When Satisfied |
|---|---|---|---|---|---|---|
| **How Obtained:** Judgment **Signing:** 08/30/2010 **Filing:** 08/30/2010 | | 08 CV 9497 KTD CONCORD MORTGAGE CORP., GLOBAL HOME LOANS & FINANCE, INC., LEXCAP FUNDING CORP., SAFE HARBOR CAPITAL FUNDING, AND GLOBAL/GIRIMONTI LLC, JOINTLY AND SEVERALLY | RICHARD PRESS | $1,359,951.22 | $0.00 | / / |

JUDGMENT    THE COURT REITERATES THAT PRESS IS ONLY ENTITLED TO ONE RECOVERY; PRE-JUDGMENT INTEREST ASSESSED BY THE COURT ON 11/10/10 IN THE ADDITIONAL AMOUNT OF $103,116.48 AS AGAINST CONCORD MORTGAGE CORP., GLOBAL HOME LOANS & FINANCE INC., LEXCAP FUNDING CORP., SAFE HARBOR CAPITAL FUNDING AND GLOBAL/GIRIMONTI LLC

JUDGMENT    DARON GIRIMONTI    $1,554,951.28    $0.00    / /

JUDGMENT    PRE-JUDGMENT INTEREST ASSESSED BY THE COURT ON 11/10/10 IN AN ADDITIONAL AMOUNT OF $103,647.46 AS AGAINST DARON GIRIMONTI

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the foregoing is a true and correct transcript from the Docket of Judgments kept in my office and that the above judgment has not been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 28 day of December, two thousand ten

Ruby J. Krajick, Clerk

by _____
Deputy Clerk

**JUDGMENT DEBTORS**

1. LexCap Funding Corp., 10 East 29th Street, Apt. 22D, New York, NY 10016

2. LexCap Funding Corp., 31 Old Brook Road, Dix Hills, NY 11746

3. Global Home Loans & Finance Inc., 6 East 32nd Street, New York, NY 10016

4. Global Home Loans & Finance Inc., 200 Park Avenue South, New York, NY 10012

5. Global Home Loans & Finance Inc., 350 Motor Parkway, Hauppauge, NY 11788

6. Global/Girimonti LLC, 6 East 32nd Street, New York, NY 10016

7. Global/Girimonti LLC, 451 Park Avenue South, New York, NY 10016

8. Global/Girimonti LLC, 200 Park Avenue South, New York, NY 10012

9. Daron Girimonti, 31 Old Brook Road, Dix Hills, NY 11746

10. Daron Girimonti, 10 East 29th Street, Apt. 22D, New York, NY 10016

11. Daron Girimonti, 2080 S Ocean Drive1108, Hallandale FL 33009

12. Daron Girimonti, c/o GDPALS Consultants LLC, 2080 S. Ocean Drive, 1108, Hallandale, FL 33009

13. Safe Harbor Capital Funding, 451 Park Avenue South, New York, NY 10016

14. Safe Harbor Capital Funding, 10 East 29th Street, Apt. 22D, New York, NY 10016

15. Concord Mortgage Corp, 451 Park Avenue South, New York, NY 10016

16. Concord Mortgage Corp., 25 Melville Park Rd., Suite 110, Melville, NY 11747

17. Concord Mortgage Corp. c/o Richard Chiert, 315 Maple Street, West Hempstead, NY 11552

**JUDGMENT CREDITOR**

1. Richard Press, 1866 JFK Boulevard, Apt. 3-D, Jersey City, New Jersey 07305

2. Counsel for Plaintiff: Goldberg & Fliegel LLP, 60 East 42nd Street, Suite 3421, New York, New York 10165

**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
60 EAST 42ND STREET, SUITE 3421
NEW YORK, NEW YORK 10165
www.goldbergfliegel.com

KENNETH A. GOLDBERG
MICHELE L. FLIEGEL

TELEPHONE: (212) 983-1077
FACSIMILE: (212) 973-9577

January 13, 2011

Clerk of the Court
United States District Court
400 North Miami Avenue
Miami, FL 33128

                Re:    *Registration of Judgment from Another District Pursuant to 28 U.S.C. § 1983*

Dear Sir or Madam:

      Pursuant to 28 U.S.C. § 1983, please find enclosed for filing by your office, a transcript of Judgment No. 10-7497 issued by the United States District Court, Southern District of New York, on behalf of Richard Press, judgment creditor. Please note that a sealed attachment to the transcript of judgment contains the addresses of the judgment debtors (no attorneys) and judgment creditor (and his attorney).

      In connection with the filing of the above, I have also enclosed a Clerk's Certification of a Judgment to be Registered in Another District, sealed by the Clerk of the United States District Court, Southern District of New York. It is identical in substance to preprinted form AO 451.

      I have also enclosed the appropriate fee of $39.00.

      Finally, I have enclosed a copy of the above-referenced transcript and certification. Kindly stamp or otherwise note on these copies that such was filed, and return same in the self-addressed, stamped envelope provided.

      If you have any questions, kindly contact me.

                                            Very truly yours,

                                            Kenneth A. Goldberg, Esq.
                                            Attorney for Richard Press, Judgment Creditor

Enclosures